

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2015

No. 04-15-00030-CV

David **PERALTA**,
Appellant

v.

**MASSACHUSSETTS INSTITUTE OF TECHNOLOGY**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 333462
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

Costs of appeal are assessed against the party that incurred them. *See* TEX. R. APP. P. 43.4.

It is so **ORDERED** on April 8, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2015.

_____
Keith E. Hottle, Clerk